CM/ECF ondefccc
(Rev. 01/25/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

---

In Re:  Marilyn Jane Coulter
        Debtor(s)

Case No.:  11–11520–DWH
Chapter: 7
Judge: David W. Houston III

---

**ORDER AND NOTICE AS TO DEFICIENCY AND**
**PROPOSED DISMISSAL OF CASE FOR FAILURE**
**TO SUBMIT A CERTIFICATE OF CREDIT COUNSELING**

Pursuant to 11 U.S.C. § 109(h)(1), an individual may not be a debtor under the Bankruptcy Code unless the individual has received pre–petition credit counseling. The Bankruptcy Code and the Federal Rules of Bankruptcy Procedure provide that a debtor must file, with the petition, a copy of the certificate issued to the debtor by the agency which provided the counseling. The debtor(s) in this case failed to file with the petition a certificate showing completion of pre–petition credit counseling.

**Unless an extension or wavier of the credit counseling requirement as allowed by 11 U.S.C.§ 109(h)(3) and (4), respectively, has been requested, this case will be dismissed without further order if a copy of a certificate showing completion by the debtor(s) of a pre–petition credit counseling course, offered through an approved provider, is not filed within fourteen (14) days from the date of the filing of the petition.**


Dated and Entered: 4/4/11                              David W. Houston III
                                                       Judge, U.S. Bankruptcy Court