IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Marilyn Jane Coulter aka            BANKRUPTCY NO. 11-11520-DWH
Marilyn Jane Heath

---

Springleaf Financial Services f/k/a American General Financial Services, Inc.    Movant

vs.

Marilyn Jane Coulter aka Marilyn Jane Heath, Debtor and
Alex B. Gates, Trustee                                                           Respondents

## ORDER

THIS MATTER, having come on before this Court on the Motion for Relief From Stay and for Other Relief (DK# 15) filed by Springleaf Financial Services f/k/a American General Financial Services, Inc. (hereinafter "Springleaf Financial"), and this Court, having jurisdiction over the parties and the subject matter and having considered Springleaf Financial's motion, finds that the motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the automatic stay of 11 U.S.C. § 362 is hereby immediately terminated as to any and all of Springleaf Financial's collateral and said collateral has been abandoned form the bankruptcy estate. The stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure shall not apply to the provisions of this order and Springleaf Financial may immediately proceed to enforce its security agreement and liquidate its collateral.

SO ORDERED AND ADJUDGED, this 12th day of July, 2011.

UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

John S. Simpson, MSB No. 8525
Simpson Law Firm, P.A.
P.O. Box 1410
Ridgeland, MS 39158-1410
(601) 957-6600
dhelms@simpsonlawfirm.net